1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LOUIS ADOLFO SILVA, | 1:13-cv-02064-BAM (PC) |
|---|---|
| Plaintiff, | |
| v. | ORDER REQUIRING PLAINTIFF TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN FORTY-FIVE DAYS |
| GONZALES, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 27, 2013.  The matter was transferred to this Court on December 19, 2013.  Plaintiff filed an application to proceed in forma pauperis, but the form application he submitted lacks the requisite authorization for the deduction of his filing fee from Plaintiff's trust account as funds are available.  28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. Within forty-five (45) days of the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or, in the alternative, pay the $400.00 filing fee for this action;

2. **No requests for extension will be granted without a showing of good cause**;

3. Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his/her prison trust statement for the six month period immediately

1

1 preceding the filing of the complaint; and

2 4. **Failure to comply with this order will result in dismissal of this action without prejudice.**

IT IS SO ORDERED.

Dated:   **December 20, 2013**              /s/ Barbara A. McAuliffe            _
                                            UNITED STATES MAGISTRATE JUDGE